SONIA ROSARIO et al., Respondents, et al., Plaintiffs, v DIAGONAL REALTY, LLC, et al., Appellants, et al., Defendants.

Submitted March 26, 2007; decided March 29, 2007

Motion by Pratt Center for Community Development for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

SONIA ROSARIO et al., Respondents, et al., Plaintiffs, v DIAGONAL REALTY, LLC, et al., Appellants, et al., Defendants.

Submitted March 26, 2007; decided March 29, 2007

Motion by Andrew M. Cuomo, Attorney General of the State of New York, for leave to appear amicus curiae on behalf of New York State Division of Housing and Community Renewal and for an order pursuant to Executive Law § 71 permitting movant to file a brief and to participate in oral argument of the appeal, granted in each respect with the direction that three copies of the brief must be served and an original and 24 copies filed no later than April 30, 2007.

STATE OF NEW YORK et al., Appellants, v PHILIP MORRIS INCORPORATED et al., Defendants. COMMONWEALTH BRANDS, INC., et al., Nonparty Respondents.

Submitted March 26, 2007; decided March 29, 2007

Motion by defendants Philip Morris USA Inc. et al. for leave to file a brief and to present oral argument on the appeal herein denied as unnecessary upon the ground that movants are party respondents on this appeal.

RICHARD A. WILLIAMSON, as Successor Liquidating Trustee on Behalf of LIPPER CONVERTIBLES, L.P., and LIPPER FIXED INCOME FUND, L.P., Respondent, v PRICEWATERHOUSECOOPERS LLP, Appellant.

Submitted March 26, 2007; decided March 29, 2007

Motion by National Association of Shareholder and Consumer Attorneys for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

RICHARD A. WILLIAMSON, as Successor Liquidating Trustee on Behalf of LIPPER CONVERTIBLES, L.P., and LIPPER FIXED INCOME FUND, L.P., Respondent, v PRICEWATERHOUSECOO-PERS LLP, Appellant.

Submitted March 26, 2007; decided March 29, 2007

Motion by Ross Fuerman for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.